## 57523. BRADFORD v. DAVIDSON.

Carley, Judge.

In *Bradford v. Davidson,* 150 Ga. App. 625 (258 SE2d 235) (1979), we reversed the judgment of the Superior Court of Clayton County. On certiorari, the judgment of this court was reversed by the Supreme Court of Georgia. *Davidson v. Bradford,* 245 Ga. 8 (1980). The judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is affirmed.

*Judgment affirmed. Banke, Acting P. J., and Sognier, J., concur.*

Decided February 5, 1980.

*Long & MacDowell, Fred MacDowell,* for appellant.
*Van Gerpen, Bovis, Kyle & Burch, E. J. Van Gerpen,* for appellee.